IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO LOPEZ,<br><br>               Petitioner,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | No. CV-F-07-1449 OWW<br>(No. CR-F-03-5204 OWW)<br><br>ORDER DENYING PETITIONER'S<br>MOTION FOR CERTIFICATE OF<br>APPEALABILITY |

    Petitioner Guillermo Lopez, proceeding *in pro per*, moves for a Certificate of Appealability regarding the denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 by Memorandum Decisions and Orders filed on June 9, 2009 and July 14, 2009. Petitioner limits his motion to the claims described below.

    Petitioner's motion is DENIED.

    The standard for granting a certificate of appealability has been stated as follows: "Where a district court has rejected the constitutional claims on the merits . . . [t]he petitioner

1

must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *United States v. Zuno-Arce*, 339 F.3d 886, 888-89 (9th Cir. 2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 146 L. Ed. 2d 542, 120 S. Ct. 1595 (2000)).  Any doubts about whether a petitioner has met this standard must be resolved in his favor. *Silva v. Woodford*, 279 F.3d 825, 833 (9th Cir. 2002) (citing *Slack*, 529 U.S. at 483-84); *see also Jefferson v. Welborn*, 222 F.3d 286, 289 (7th Cir. 2000) (COA should issue unless petitioner's claims are "utterly without merit").

Petitioner is not entitled to a Certificate of Appealability as to his claim that counsel was ineffective in his litigation of the motion to suppress.  The Court ruled and the Ninth Circuit affirmed the denial of the motion to suppress as appropriate.

Petitioner is not entitled to a Certificate of Appealability as to his claim that counsel was ineffective because of counsel's failure to interview and subpoena witnesses.  Petitioner failed to provide affidavits from any of the individuals identified that any of them would have testified on Petitioner's behalf or what any of them would have testified to.

Petitioner is not entitled to a Certificate of Appealability as to his claim that counsel was ineffective by failing to investigate and raise the issue that a second search warrant for the search of Petitioner's residence was never issued.  The record presented to the Court in response to this claim establishes that the search warrant for Petitioner's residence

**was in fact issued.**

**Petitioner has not made a substantial showing of the denial of a constitutional right in any of the claims raised in Petitioner's Section 2255 motion.  No issue debatable among jurists of reason is presented.**

IT IS SO ORDERED.

**Dated:   September 16, 2009**               /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE