1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America

7            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,              CASE NO.  1:03-CR-05204 LJO

10                    Plaintiff,           STIPULATION REFERRING MOTION FOR
                                           SENTENCE REDUCTION TO FEDERAL
11           v.                            DEFENDER'S OFFICE AND PROBATION
                                           OFFICE AND ORDER THEREON
12  GUILLERMO LOPEZ,

13                    Defendant.

14  _____

15        The defendant has filed a motion to reduce a criminal sentence pursuant to Title 18, United

16  States Code, Section 3582(c)(2).  The government requests that the Court refer this motion to the

17  Probation Office and the Office of the Federal Defender and Assistant Federal Defender David M.

18  Porter, pursuant to General Order No. 546.  The Federal Defender's Office shall have 30 days from the

19  date the Court approves the stipulation/order to conduct an initial review of the motion to determine the

20  status of representation of the defendant.

21        1.      If Federal Defender's Office determines that the defendant is eligible for representation

22  and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a

23  notice of appearance in the case.  If the matter has been referred to panel counsel, a copy of this order

24  shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a

25  notice of appearance in the case.

26        2.      The notice of appearance shall indicate whether counsel intends to supplement the

27  defendant's motion.

28        3.      If the defendant does not intend to supplement the motion, the government's response

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION

1  will be due 14 days following counsel's notice of appearance.

2      4.    If defendant's counsel intends to supplement the defendant's motion, then the notice of

3  appearance shall indicate the date upon which the supplement will be filed and the date upon which the

4  government's response shall be due.  Such dates should be mutually agreeable to the parties.

5      5.    If the parties agree that a hearing is necessary, the notice of appearance shall include the

6  date of the hearing, preferably no earlier than two weeks after the government's response is filed.  If the

7  parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties'

8  respective filings.

9      6.    Should no counsel enter an appearance on behalf of the defendant, the government will

10  file a response within 14 days of the expiration of the 30-day period referred to above.

11      7.    Upon review of the motion and response, the Court will determine whether oral argument

12  or hearing will aid its determination of the motion and notify counsel of its decision.

13  Dated: March 25, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney
14

15                                          /s/ *Kathleen A. Servatius*
                                            KATHLEEN A. SERVATIUS
16                                          Assistant United States Attorney

17  Dated: March 25, 2015                    HEATHER E. WILLIAMS
                                            Federal Defender
18

19                                          /s/ *David M. Porter*
                                            DAVID M. PORTER
20                                          Assistant Federal Defender
                                            Attorney for Defendant

21                              ORDER

22      The above stipulation is approved. No replies are authorized unless and until requested by the

23  Court.

24  **SO ORDERED**
   **Dated: March 26, 2015**
25
                                    **/s/ Lawrence J. O'Neill**
26                                  **United States District Judge**

27

28